# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                         Case Number: **6:07-cr-6-Orl-19DAB**

**RICHARD W. MILLS**                         USM Number: **02417-036**

                                             Stephen Langs, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five and Six of the term of Probation. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Attempted Capital Sexual Battery | April 18, 2008 |
| Two | New Conviction for Attempted Capital Sexual Battery | April 18, 2008 |
| Three | New Conviction for Lewd or Lascivious Molestation | April 18, 2008 |
| Four | Having Direct Contact with Minors | October 16, 2006 |
| Five | New Conviction for Attempted Capital Sexual Battery | April 18, 2008 |
| Six | New Conviction for Attempted Capital Sexual Battery | April 18, 2008 |

The defendant is sentenced as provided in the following pages of this judgment.

Date of Imposition of Sentence:

10/29/2008

*Patricia C. Fawsett*
PATRICIA C. FAWSETT
Senior United States District Judge

October 29, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

RICHARD W. MILLS  Page 2 of 2
6:07-cr-6-Orl-19DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **120 Months**. Such term of imprisonment shall run **consecutively** with the defendant's terms of imprisonment already imposed in Docket Numbers 05-2008-CF-10771-A and 05-2007-CF-49562-A, Brevard County Circuit Court. Additionally, the defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by his custodian. Further, the defendant shall register with the state sexual offender registration agency in any state where he resides, visits, is employed, carries on a vocation, or is a student.

The Court recommends to the Bureau of Prisons:

> Requested but not required: Mental health and Substance Abuse Treatment. The defendant also reports that he has cardiomyopathy.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case